UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARON MIRON, | Case No. 23-cv-01534-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| LEWIS, | |
| Defendant. | |

Pursuant to Plaintiff's Complaint indicating that his lawsuit concerns matters and defendants at Ironwood State Prison and in other parts of Riverside County, which lies within the venue of the Central District of California, *see* 28 U.S.C. § 84, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action is TRANSFERRED to the United States District Court for the Central District of California.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: August 11, 2023

_____
JEFFREY S. WHITE
United States District Judge